IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LESLIE SHERMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-CV-1364-RWS |
| vs. ) | |
| ) | |
| BROWN INTEGRATED ) | |
| LOGISTICS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties' Joint Motion for Approval of Settlement and Entry of Stipulated Judgment Dismissing Case is before the Court. Plaintiff's Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and thus the Court is required to review the proposed settlement to ensure that it is fair and reasonable. Based on a review of the record in the case and the assertions of the parties in the Joint Motion, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute. The Court, pursuant to the Fair Labor Standards Act, 29 U.S.C. §216, thus hereby approves the parties' proposed settlement of Plaintiff's claims for alleged unpaid overtime compensation, liquidated damages and attorneys' fees.

IT IS, THEREFORE, ORDERED that the Joint Motion is GRANTED and this cause is hereby dismissed, with prejudice, each party to bear its own costs, attorneys' fees and expenses.

DATED: May 15, 2013

JUDGE, United Stated District Court
Northern District of Georgia, Atlanta Division

Distribution:

Jim Higgins
THE HIGGINS FIRM, PLLC
116 Third Ave. South
Nashville, TN 37201
Email: jsh@higginsfirm.com
*Attorneys for Plaintiff Leslie Sherman*

John T.L. Koenig, Esq.
BARNES & THORNBURG, LLP
Prominence in Buckhead
3475 Piedmont Road, N.E., Suite 1700
Atlanta, GA  30305-2954
john.koenig@btlaw.com

Amy Ruth Ita, Esq.
BARNES & THORNBURG, LLP
41 South High St., Suite 3300
Columbus, OH 43215
Amy.ita@btlaw.com
*Attorneys for Defendant
Brown Integrated Logistics, Inc.*

CODS01 24232v1